JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR16-00104RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| | ) | |
| RODRIGO VASQUEZ-ALFARO, | ) | |
| Defendant. | ) | |

The defendant, having moved for an extension of the pretrial motions deadline, in this matter, and the Court having concluded that good cause exhibits to permit such an extension should be ordered, now, therefore, it is hereby

ORDERED that the defendant's motion to continue deadline (Dkt. #20) is GRANTED.  The time within which to file pretrial motions is extended from May 12, 2016, to May 20, 2016.

DATED this 13th day of May, 2016.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE PRETRIAL
MOTIONS DEADLINE - 1
(*Rodrigo Vasquez-Alfaro*; CR16-00104JAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**